UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

    Plaintiff,

v.                                       Case No.:  2:21-cv-198-JES-KCD

TATE TRANSPORT
CORPORATION, RENEE
NIENOW, ISLARY MARTINEZ,
ISLAMARTI LLC, DENNIS
NIENOW and ALBERTO DANIEL
HERRERA MARTINEZ,

    Defendants.
_____/

### **ORDER**[1]

Plaintiff moves to restrict access to birthdates inadvertently included in exhibits to its Motion for Summary Judgment. (Doc. 77). In an electronic filing that includes a birthdate, the filing may include only the year of the individual's birth. Fed. R. Civ. P. 5.2(a)(2). Under the Court's CM/ECF Administrative Procedures, only the Clerk may change or correct errors in a document once filed. The Court will direct the Clerk to do so.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

Plaintiff's Unopposed Motion to Restrict Public Access (Doc. 77) is **GRANTED**. The Clerk is directed to redact the month and day of the birthdates at Doc. 74-1 at 9, Doc. 75-1 at 6, and Doc. 76-1 at 6.

**DONE** and **ORDERED** in Fort Myers, Florida on July 5, 2022.

*Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record